# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LLOYD RICHARD

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO. 2019 CW 0701

SEP 1 7 2019

---

In Re:    Lloyd Richard, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 677066.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's March 27, 2019 judgment that dismissed Lloyd Richard's action, with prejudice, is a final appealable judgment. La. Code Civ. P. art. 1841. The writ is granted for the limited purpose of remanding this matter to the district court with instructions to grant Mr. Richard an appeal pursuant to his notice of intent to appeal. See **In Re Howard**, 541 So.2d 195, 197 (La. 1989) (per curiam). In the event relator seeks to appeal the trial court's judgment, he shall submit an order for appeal to the trial court by October 18, 2019. Additionally, a copy of this court's order is to be included in the appellate record.

                         VGW
                         JMG
                         WJC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT